**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**THOMAS C O'BRYANT,**

    **Plaintiff,**

v.                                        **CASE NO. 5:04-cv-00114-SPM-AK**

**STAN BAILEY,
JAMES CROSBY,
DONOVAN HAMILTON,
R A JOHNSON,
SUSAN MAHER,**

    **Defendants.**
_____/

**O R D E R**

Plaintiff filed the complaint in this case on May 5, 2004, seeking declaratory and injunctive relief, specifically a determination as to the constitutionality of Rule 33-602.207, of the Florida Administrative Code, which prohibits inmates from engaging in "profit making activity or any activity having the potential to generate revenue or profit...." (See Doc. 1).  The rule also expressly prohibits "the one-time submission of a single manuscript for publication when such publication will result or has the potential to result in the generation of revenue for the inmate, unless the inmate obtains approval from the warden for the individual transaction."  Plaintiff requested leave from the Warden at Holmes Correctional Institution to submit a manuscript to a publisher, which was denied on grounds that it was determined not to be in the best interest of the institution because it would increase the demand on mail personnel.  (Doc. 15, Exhibit O).

At the time the complaint was reviewed by this Court it was discovered that the

constitutionality of this rule was presently before the United States District Court in the Middle District of Florida in <u>Prison Legal News v. Crosby</u>, Case No. 3:04CV14-JHM-TEM.  A trial was held in the <u>Prison Legal News</u> case, and this Court informed Plaintiff that it was awaiting that court's ruling and the conclusion of those proceedings before ordering service upon the Defendants named in this cause.  (<u>See</u> Doc. 19).  A Judgment in favor of the Defendants was recently entered in the Prison Legal News case (doc. 87 and 88), and counsel for the Plaintiff has appealed the decision to the Eleventh Circuit Court of Appeals.  (Doc. 92).  A definitive ruling by the Court of Appeals on the constitutionality of the rule at issue will be determinative of the issue presented in this cause.

Accordingly, it is

**ORDERED:**

1. That this cause be **STAYED PENDING APPEAL** in Case No. 3:04CV14-JHM-TEM.

2. The Clerk of Court is directed to alert chambers every 60 days to check on the status of the appeal in that case.

**DONE AND ORDERED** this   **1st**   day of February, 2006

                **s/ A. KORNBLUM**
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**